UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

V.

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
18 USC §3148

____DEION PRESSEY_____
Defendant

Case Number: CR 07-44-JJF

Upon motion of the **Government**, it is ORDERED that a *Detention* Revocation Hearing is set for ____4/25/07____ * at ____4:45 p.m.____
                                             Date                  Time

before ____Honorable MARY PAT THYNGE, UNITED STATES MAGISTRATE JUDGE____
                              Name of Judicial Officer

Ctrm. # 6C, 6TH Flr., Federal Bldg., 844 King St., Wilmington, Delaware
                              Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____)
                                                                    Other Custodial Official

and produced for the hearing.

____4/20/07____                                    ____[signature]____
    Date                                              Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).
   A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.



FILED
APR 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE