IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    )<br>    Plaintiff, )<br>    )<br>v. )<br>    )<br>DEION PRESSEY, )<br>    )<br>    Defendant. ) | Criminal Action No. 07-44- |

**MOTION AND ORDER TO UNSEAL INDICTMENT AND FILE**

NOW COMES the United States of America, by and through its undersigned counsel and moves to **unseal** the file with the exception of the following:

The initial appearance and bail hearing of the defendant on November 14, 2006, before the Honorable Mary Pat Thynge, Magistrate Judge; and

Motion and Order to Continue Case and For Exclusion of Time Under Speedy Trial Act, both motion and Order dated November 27, 2006,

which matters are to remain **sealed**.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 4-20-07

**IT IS SO ORDERED** this ___20___ day of ___April___, 2007.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
APR 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE