AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____DELAWARE_____

UNITED STATES OF AMERICA

V.

DEION PRESSEY

**WARRANT FOR ARREST**

Case Number: CR 07-44-UNA

~~SEALED~~ UNSEALED 4/20/07

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____DEION PRESSEY_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with  (brief description of offense)

DISTRIBUTION OF HEROIN - ( COUNT I );
USE OF A COMMUNICATION FACILITY IN COMMISSION OF A DRUG FELONY - ( COUNTS II THRU VI );
CONSPIRACY TO DISTRIBUTE HEROIN - ( COUNT VII )

in violation of Title ___21___ United States Code, Section(s) ___841(a)(1) and (b)(1)(C)___

PETER T. DALLEO
Name of Issuing Officer

BY: _[signature]_ ; DEPUTY CLERK
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

MARCH 28, 2007 at WILMINGTON, DE
Date and Location

FILED
APR 23 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

USPO Wilm DE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3/28/07 | J. Policichio | _[signature] Jane Poe_ |
| DATE OF ARREST 4/20/07 | | |

AO 442   (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____