IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 07-44-JJF |
| ) | |
| DEION PRESSEY, ) | |
| ) | |
| Defendant. ) | |

## MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Counts 1, 2, 3, 4, 5, and 6 of the Indictment, pursuant to the Memorandum of Plea Agreement dated August 22, 2007.

COLM F. CONNOLLY
United States Attorney

By: _____ for EF
Edmond Falgowski
Assistant United States Attorney

Dated: 12/6/07

IT IS SO ORDERED this __10__ day of __December__, 2007.

FILED
DEC 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
HONORABLE JOSEPH J. FARNAN, JR.
United States District Court