IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Cr.Action No. 07-44-JJF |
| DEION PRESSEY, | : |
| Defendant. | : |

NOTICE OF APPEAL

TO: Clerk of the Court
    United States District Court
    District of Delaware
    844 N. King Street, Fourth Floor
    Wilmington, DE  19801

PLEASE TAKE NOTICE that DEION PRESSEY, Defendant Below-Appellant, does hereby appeal to the United States Court of Appeals, For The Third Circuit, from the validity of the sentence imposed by the District Court on December 6, 2007.  Sentencing was entered on or about December 19, 2007, by the Honorable Joseph J. Farnan.

                                            /s/ Raymond M. Radulski
                                            RAYMOND M. RADULSKI, ESQUIRE
                                            ID #332
                                            Legal Arts Bldg., Suite 301
                                            1225 N. King Street
                                            Wilmington, DE  19801
                                            (302) 658-9388
                                            Attorney for Defendant
                                                  DEION PRESSEY

Dated: December 21, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Cr.Action No. 07-44-JJF |
| DEION PRESSEY, | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the date listed below, I electronically filed Defendant Jonathan Johnson's Notice of Appeal with the Clerk of Court using CM/ECF which will send notification of such filing to the following: AUSA Edmond Falgowski, 1007 Orange Street, 7th Floor, Wilmington, Delaware.

/s/ Raymond M. Radulski
RAYMOND M. RADULSKI, ESQUIRE
ID #332
Legal Arts Building, Suite 301
1225 North King Street
Wilmington, DE 19801
(302) 658-9388
rradulskiesq@aol.com
Attorney for Defendant
Deion Pressey

Dated: December 21, 2007